Nathan R. Zeltzer, Esq., NV SBN 5173
LAW OFFICE OF NATHAN R. ZELTZER
232 Court St.
Reno, Nevada 89501
nrzbk@yahoo.com
(775) 786-9993

ECF filed: 7/23/18

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

VANDA T. HO CHING,

Debtor(s).

Case No.: BK-16-51329btb
Chapter 13

**SUPPLEMENT TO OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

HEARING DATE:  July 31, 2018
HEARING TIME:  11:00 a.m.

COMES NOW, the Debtor, VANDA T. HO CHING by and through her attorney, Nathan R. Zeltzer, Esq., opposes BSI Financial Services (hereinafter "Movant") Motion for Relief From the Automatic Stay. This supplement adds to and updates the opposition to Movant's previously filed Motion for Relief from the Automatic Stay.

/s/Nathan R. Zeltzer
Attorney for Debtor
232 Court St.
Reno, NV 89501
SBN 5173

## SUPPLEMENT TO OPPOSITION TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I. FACTS

The property that movant seeks relief on is Debtor's home. A prior hearing on Movant's motion was held on April 11, 2018. At that time the Debtor had been offered a possible loan modification for her home. The Court continued that hearing to a future date to give time to the parties to evaluate the loan modification options.

The Debtor believes she has complied with the all requests of the Movant to review her loan modification documents. The Movant takes the position that the Debtor did not comply.

II. ARGUMENT

The Debtor has provided all of the documents requested by the Movant to evaluate her mortgage loan modification. On April 10, 2018, the Debtor was given 30 days to provide requested documents to the Movant. See Exhibit "A" letter with date financial documents were due, attached hereto and incorporated herein. The Debtor provided the requested documents by email, on May 10, 2018 by emailing all of the requested documents from Staples Copy and Print Center, store #1472 within the required time. See Exhibit "B" email from Debtor to Movant re: requested documents attached hereto and incorporated herein.

Additionally, undersigned counsel contacted the loan modification point of contact to verify receipt of the documents, and left a message with the loan modification contact person, Jocob Cheshier. No return call was made to Debtor's counsel.

On May 11, 2018, the Movant sent a notice of cancellation of loss mitigation application for the Debtors' alleged failure to provide the requested documents. See Exhibit "C" loss mitigation cancellation notice attached hereto and incorporated herein. Undersigned counsel received this letter from Movant's counsel. Debtor asserts that she has never received this letter. Based on the above-information the loan modification information was provided to Movant within the required time frame. The Debtor believes that the actions of Movant are in bad faith.

Debtor has been making all full payments ($720.07) on her mortgage since she was notified of her default and this motion was filed. After the modification request was denied the Movant filed a Notice of Mortgage Payment Change. See Exhibit "D" attached hereto and

incorporated herein. In this Notice the Debtor's escrow payment increases from $153.29 to $893.14, but does not clearly explain how this new amount is calculated. Thus, Debtor's mortgage payment goes up from $720.07 to $1,459.92 making it impossible for the Debtor enter an adequate protection order to cure the mortgage delinquency, and save her home from foreclosure. Debtor requests clarification from the Movant on how this amount was calculated.

WHEREFORE, Debtors request that Movants' Motion be denied, as Debtor was not given a full review of her loan modification package, and the new mortgage payment as listed in Exhibit C, is unsubstantiated and maybe without merit. And for such further relief that the Court deems just and equitable.

Submitted this 23 of July 2018

/s/Nathan R. Zeltzer
Nathan R. Zeltzer, Esq.
Attorney for the Debtor

# EXHIBIT A

# EXHIBIT A

**BSI Financial Services**

314 S Franklin St / Second Floor
PO Box 517
Titusville, PA 16354
Toll Free 800-327-7861
Fax 814-217-1366
www.bsifinancial.com

April 10, 2018

VANDA T HO-CHING
2740 DAHLIA WAY
RENO, NV 89512

RE: Mortgage Loan #: 1▮▮▮3151

Dear VANDA T HO-CHING:

This notice is to confirm receipt of the documentation you submitted in connection with your foreclosure prevention alternative application. Your application and documents have been received and assigned to a Loss Mitigation Specialist. The following deficiencies currently exist, and the missing information must be provided within thirty (30) calendar days from the date of this letter:

1. Hardship letter
2. Completed and signed financial form/package includes 4506T forms
3. 3rd party authorization (if necessary)
4. TWO (2) years of Tax returns, page 2 must be signed by the borrower(s) 2015 and 2016
5. 2017 tax return in applicable
6. 401k, brokerage account, other investment accounts
7. Bankruptcy schedules, all schedules
8. Copy of current utility bill

BSI will NOT consider your application until it is complete, meaning that we have received all documents we require as part of the review process within the time frames required by BSI. Once we receive a complete application, BSI must either deny your application for a foreclosure prevention alternative or submit a written offer for a foreclosure prevention alternative within 30 calendar days. If a written offer for a foreclosure prevention alternative is made to you, you will have fourteen (14) calendar days from the date you receive the offer to accept. Any offer that is not accepted or rejected within fourteen (14) calendar days is deemed to be rejected.

Please note that the documents you submitted with your application or will submit to BSI in the future, automatically expire sixty (60) calendar days from their issue date. Expired documents will not be considered in the foreclosure prevention alternative review process. It is your obligation to keep all documents in your application current.

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



314 S Franklin St / Second Floor
PO Box 517
Titusville, PA 16354
Toll Free 800-327-7861
Fax 814-217-1366
www.bsifinancial.com

If your home is currently in foreclosure and unless these events have already occurred, BSI will not record a Notice of Default, Notice of Sale or go to sale within thirty (30) calendar days from the date of this letter. Likewise, if applicable, BSI will not commence a civil action for a foreclosure sale pursuant to NRS 40.430 involving a failure to make a payment or conduct the foreclosure sale within thirty (30) calendar days from the date of this letter. However, if we do NOT receive all the additional information requested in this letter or in any subsequent communication, within thirty (30) calendar days from the date of this letter, BSI may proceed with any of the acts mentioned herein, including, but not limited to, foreclosing on the subject property.

If you should have any questions or concerns about our evaluation process or procedure, please contact BSI toll free at 800-327-7861, Monday through Friday 8:00 a.m. - 11:00 p.m. (ET) and Saturday 8:00 a.m. - 12:00 p.m. (ET).

Sincerely,

HEATHER GARCIA
Loss Mitigation Specialist

BSI Financial Services
NMLS # 38078; # 1195811

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

T05_T01-09212015

**Licensed as Servis One, Inc. dba BSI Financial Services.**
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# EXHIBIT B

# EXHIBIT B



# EXHIBIT C

# EXHIBIT C



**BSI Financial Services**

1425 Greenway Dr
Suite 400
Irving, TX 75038
Toll Free 866-581-4514
Fax 800-878-4645
www.bsifinancial.com

May 11, 2018

[Sent Via FEDEX TRACKING: 780923488229]

VANDA T HO-CHING
2740 DAHLIA WAY
RENO NV 89512

Mortgage Loan #: ▮▮▮▮8151
Property Address: 2740 DAHLIA WAY
RENO, NV 89512

Dear VANDA T HO-CHING:

We previously requested additional information or documentation from you in support of your loss mitigation application and have not received those missing items in the time frame required. Therefore, since your application remains incomplete with no further progress, we have cancelled your request for an evaluation of your loss mitigation application.

If you have any questions regarding this notice, please call your Single Point of Contact JACOB CHESHIER at 1-866-949-0136 Ext. 109 or you may contact our Customer Care Department toll free at 1-800-327-7861 Monday through Friday 8:00 a.m. - 11:00 p.m. (ET) and Saturday 8:00 a.m. - 12:00 p.m. (ET).

Sincerely,

Loss Mitigation Department
JACOB CHESHIER

BSI Financial Services
NMLS # 38078; # 842052

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

**If an attorney represents you, please refer this letter to your attorney and provide us with the attorney's name, address and telephone number.**

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



1425 Greenway Dr
Suite 400
Irving, TX 75038
Toll Free 866-581-4514
Fax 800-878-4645
www.bsifinancial.com

## Qualified Written Request - Notice of Error or Information Request

Under the Real Estate Settlement Procedures Act, a qualified written request is a written correspondence (other than notice on your payment coupon or other payment medium supplied by us) regarding the servicing of your loan which identifies your name, account number, and the specific reasons for the request, such as an error on your loan account or a request for information. Any qualified written request you wish to submit must be sent to:

**BSI Financial Services**
Attn: Qualified Written Requests
1425 Greenway Drive, Suite 400
Irving, TX 75038

### Attention Servicemembers and Dependents

Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last 12 months, AND joined after signing the Note and Security Instrument now in default, please notify BSI Financial Services immediately. When contacting BSI Financial Services, as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil) (800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-Certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll free at (800) 327-7861 if you have questions about your rights under SCRA.

T05_T73-01272015_CA12042015

Licensed as Servis One, Inc. dba BSI Financial Services.
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# EXHIBIT D

# EXHIBIT D

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Vanda T. Ho Ching |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of **NEVADA** (State) |
| Case number | 16-51329-btb |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| Name of Creditor: | BSI Financial Services | Court claim no. (if known): | 5 |
|---|---|---|---|
| Last four digits of any number you use to identify the debtor's account: | XXXXXX8151 | Date of payment change: Must be at least 21 days after date of this notice | 07/01/2018 |
| | | New total payment: Principal, interest, and escrow, if any | $1,459.92 |

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment:  $153.29        New escrow payment:  $893.14

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:  _____%    New interest rate:  _____%
   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____
   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1                 Notice of Mortgage Payment Change                 page 1

Debtor 1  Vanda T. Ho Ching
         First Name  Middle Name  Last Name

Case number (if known) 16-51329-btb

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**X** /s/ Nathan F. Smith                                  Date  06/08/2018
Signature

Print:   Nathan F. Smith                                   Title  Attorney for BSI Financial Services
         First Name  Middle Name  Last Name

Company  Malcolm ♦ Cisneros, A Law Corporation

Address  2112 Business Center Drive
         Number      Street

         Irvine                              CA    92612
         City                                State Zip

Contact phone  949.252.9400                                Email

Official Form 410S1                Notice of Mortgage Payment Change                page 2

# PROOF OF SERVICE

I hereby certify that on June 8, 2018, I have served a copy of the foregoing Notice and all attachments to the following by first class mail or electronically via the Court's ECF system:

**DEBTOR(S)**
Vanda T. Ho Ching
2740 Dahlia Way
Reno, NV 89512

**DEBTOR'S ATTORNEY**
Nathan R. Zeltzer
Law Office of Nathan R. Zeltzer
232 Court St.
Reno, NV 89501

**CHAPTER 13 TRUSTEE**
William A. Van Meter
POB 6630
Reno, NV 89513

**Date:** June 8, 2018

/s/ Lauren Simonton
Lauren Simonton, Assistant Paralegal
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, CA 92612
(949) 252-9400
(949) 252-1032 (FAX)
LSimonton@mclaw.org



**BSI Financial Services**

314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

VANDA T HO-CHING
2740 DAHLIA WAY
RENO          NV 89512

YOUR LOAN NUMBER: ▆▆▆▆

DATE: 05/23/18

*** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    07/18 THROUGH    06/19.
------ ANTICIPATED PAYMENTS FROM ESCROW -    07/18 THROUGH    06/19 ------
         HOMEOWNERS F/P                       2669.17
         COUNTY TAX                            479.88

         TOTAL PAYMENTS FROM ESCROW           3149.05

         MONTHLY PAYMENT TO ESCROW             262.42 (1/12TH OF ABOVE TOTAL)

------ ANTICIPATED ESCROW ACTIVITY -    07/18 THROUGH    06/19 --------
       -ANTICIPATED PAYMENTS-                     -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW  FROM ESCROW  DESCRIPTION       ANTICIPATED        REQUIRED
                               ACTUAL STARTING BALANCE  -4779.60    2789.14
JUL 18   262.42                                  -4517.18           3051.56
AUG 18   262.42    2669.17     HOMEOWNERS F/P
                    119.97     COUNTY TAX    ALP -7043.90   RLP      524.84
SEP 18   262.42                                  -6781.48            787.26
OCT 18   262.42     119.97     COUNTY TAX        -6639.03            929.71
NOV 18   262.42                                  -6376.61           1192.13
DEC 18   262.42                                  -6114.19           1454.55
JAN 19   262.42     119.97     COUNTY TAX        -5971.74           1597.00
FEB 19   262.42                                  -5709.32           1859.42
MAR 19   262.42     119.97     COUNTY TAX        -5566.87           2001.87
APR 19   262.42                                  -5304.45           2264.29
MAY 19   262.42                                  -5042.03           2526.71
JUN 19   262.42                                  -4779.61           2789.13

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -7568.74.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED?

Page 1

BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS              0.00.

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                              566.78 *
            ESCROW (1/12TH OF ANNUAL ANTICIPATED              262.42
              DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS                   0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG            0.00
            PLUS: SHORTAGE PAYMENT                            630.72
            MINUS: SURPLUS CREDIT                               0.00
            ROUNDING ADJUSTMENT                                 0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS                  0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 07/01/18     1459.92
* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST
  PORTION OF YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH
  YOUR LOAN DOCUMENTS.
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      524.84.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.
YOUR ESCROW CUSHION FOR THIS CYCLE IS       524.84.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
11/17       120.18       12/17       120.18       01/18       721.08   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00       0.00                      00/00       0.00
00/00       0.00                      00/00       0.00

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

LAW OFFICE OF NATHAN R. ZELTZER,  
Nathan R. Zeltzer, Esq., NV SBN 5173  
232 Court St  
Reno, Nevada 89501  
nrzbk@yahoo.com  
(775) 786-9993  

ECF-filed on: 7/23/2018

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \*

IN RE:

VANDA HO CHING

Debtor.

Case No.: BK-16-51329btb  
Chapter 13

**CERTIFICATE OF SERVICE**

1. On July 23, 2018, I served the following document: SUPPLEMENT TO OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY.

2. I served the above-named documents by the following means to the persons as listed below:

  X   a. ECF System:

William Van Meter  
cl3ecf@nvbell.net, wvanmeter13@ecf.epiqsystems.com  
Nathan Smith  
nathan@mclaw.org  
Karen Ayarbe  
karenayarbe@kernltd.com  
Michael Chen  
bknotice@mccarthyholthus.com

___   b. United States Mail, postage fully prepaid:

___   c. Personal Service: I personally delivered the document(s) to the persons at these addresses:

  X   d. By direct e-mail (as opposed to through the ECF System)  
Vanda Ho Ching  
Vanda.Hoching@optum.com  
___   e. By fax transmission  
___   f. By messenger

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: July 23, 2018

/s/Nathan Zeltzer  
Nathan Zeltzer, Declarant