NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
VANDA T. HO CHING

BK−16−51329−btb  
CHAPTER 13

Debtor(s)

NOTICE OF STATUS HEARING

Hearing Date:   10/2/18  
Hearing Time:   10:15 AM

**NOTICE IS GIVEN** that a Status Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

Hearing Date:       10/2/18  
Hearing Time:       10:15 AM  
Hearing Location:   BTB RN−Courtroom 2, Young Bldg.  
                    300 Booth Street  
                    Reno, NV 89509

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

This hearing is scheduled for the following reason:

Status Hearing Re: Status of Mortgage Modification and Reason for Escrow Increase.

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 8/15/18

*Mary A. Schott*

Mary A. Schott  
Clerk of Court